# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NEODRON LTD., <br><br> *Plaintiff*, <br> v. <br><br> FUJITSU AMERICA, INC., <br><br> *Defendant*. | Case No. 2:20-cv-00239-JRG-RSP |

## JOINT MOTION FOR ENTRY OF PROPOSED DISCOVERY ORDER AND DOCKET CONTROL ORDER

The Parties jointly move for entry of the attached Joint Proposed Discovery Order and Docket Control Order for Patent Cases.

Dated: February 3, 2021

By: */s Reza Mirzaie*

Reza Mirzaie (CA SBN 246953)
Email: rmirzaie@raklaw.com
Philip X. Wang (CA SBN 262239)
Email: pwang@raklaw.com
Jay Chung (SBN 252794)
Email: jchung@raklaw.com
Jonathan Ma (CA SBN 312773)
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Elizabeth L DeRieux
Email: ederieux@capshawlaw.com
CAPSHAW DERIEUX LLP
114 E Commerce Avenue
Gladewater, TX 75647
Telephone: (903) 845-5770

***Attorneys for Plaintiff Neodron Ltd.***

2

*/s/ Matthew Satchwell*
Matthew Satchwell
Email: matthew.satchwell@dlapiper.com
Illinois Bar No. 6290672
DLA PIPER LLP (US)
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

Dawn Jenkins
Email: dawn.jenkins@dlapiper.com
Texas Bar No. 24074484
DLA PIPER LLP (US)
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Tel: 713.425.8400
Fax: 713.425.8401

Christian Chessman
Email: christian.chessman@dlapiper.com
California Bar No. 325083
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

*Attorneys for Defendant*
*Fujitsu America, Inc.*

**CERTIFICATE OF CONFERENCE**

Plaintiff certifies that counsel for Neodron and counsel for Fujitsu met and conferred concerning the substance of the Joint Proposed Discovery Order and Docket Control Order for Patent Cases and the relief requested on February 2, 2021. Fujitsu is not opposed to this motion and the relief requested.

/s/ *Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 4, 2021 with a copy of this document via the Court's ECF system.

/s/ *Reza Mirzaie*
Reza Mirzaie