IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEODRON LTD. <br><br> v. <br><br> FUJITSU AMERICA, INC. <br><br> *Defendant*. | Case No. 2:20-cv-00239-JRG-RSP |

**PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING PARAGRAPH 1 INITIAL DISCLOSURES AND PARAGRAPH 3 ADDITIONAL DISCLOSURES**

Plaintiff Neodron Ltd. ("Plaintiff") hereby notifies the Court and all counsel of record that, pursuant to the Docket Control Order and Paragraphs 1 and 3 of the Discovery Order, Plaintiff served its Paragraph 1 Initial Disclosures and Paragraph 3 Additional Disclosures on Defendants Fujitsu America, Inc., by electronic mail on February 10, 2021.

DATED: February 10, 2021

Respectfully submitted,

By: */s/ Reza Mirzaie*

Reza Mirzaie (CA Bar No. 246953)
C. Jay Chung (CA Bar No. 252794)
Philip X. Wang (CA Bar No.262239)
Jonathan Ma (CA Bar No. 312773)
RUSS, AUGUST & KABAT
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
rmirzaie@raklaw.com
jchung@raklaw.com
pwang@raklaw.com
jma@raklaw.com

Elizabeth L DeRieux
Capshaw DeRieux LLP

        114 E Commerce Avenue
        Gladewater, TX 75647
        (903) 845-5770
        Email: ederieux@capshawlaw.com

***Attorneys for Plaintiff Neodron Ltd.***

## CERTIFICATE OF SERVICE

      I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 10, 2021 with a copy of this document via the Court's ECF system.

                                        */s/ Reza Mirzaie*
                                        Reza Mirzaie